NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD A. BECKER,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3111

---

Petition for review of the Merit Systems Protection Board in case no. NY4324110013-I-1.

---

**ON MOTION**

---

**ORDER**

The Department of Veterans Affairs moves out of time for a 149-day extension of time, until September 27, 2012, to file its response brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

_____**SEP 1 7 2012**_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard A. Becker
    Lauren S. Moore, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 7 2012

JAN HORBALY
CLERK